# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES ROBERTS,** | ] |
| **Plaintiff,** | ] |
| vs. | ] CV-07-BE-0415-S |
| **CITY OF CALERA, et al.,** | ] |
| **Defendants.** | ] |

## ORDER

Court records reflect that the first appearance by the defendant in this case occurred on **March 21, 2007**, and consequently the Rule 26 meeting was required to be held within 45 days of that appearance. Rule 26 (f) requires a report of the meeting to be submitted to the court within 10 days following the meeting. No report has been filed in this case.

Unless the report is filed on or before **Monday, July 30, 2007**, a conference is scheduled to be held in chambers of the undersigned on **Friday, August 3, 2007, at 3:30 p.m.**, at which time counsel for all parties are ORDERED to attend for the sole purpose of delivering to the court the required report.

DONE and ORDERED this 23rd day of July 2007.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE