IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| CHARLES ROBERTS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | CV 07-BE-04150-S |
| | ) | |
| CITY OF CALERA, et al, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff and Defendant, pursuant to Federal Rules of Civil Procedure, and hereby stipulate that this case may be dismissed with prejudice, each party to bear their own cost.

_____
BILL LEWIS, Attorney for Plaintiff,
Charles Roberts

**OF COUNSEL:**
**Law Office of Bill Lewis, LLC**
Post Office Box 81
Wetumpka, Alabama 36092

_____
TIMOTHY P. DONAHUE, Attorney
for Defendant, City of Calera

**OF COUNSEL:**
**DONAHUE & ASSOCIATES, LLC**
1020 22nd Street South
Birmingham, Alabama 35205